1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   CENTRAL CALIFORNIA IBEW/NECA
    PENSION TRUST, et al.,
10                                              No. C 13-03800 JSW
            Plaintiffs,
11
        v.
12                                              **ORDER ADOPTING REPORT**
    OZZIMO ELECTRIC, INC.,                      **AND RECOMMENDATION**
13
            Defendant.
14   _____/

15

16      This matter comes before the Court upon consideration of the Report and

17  Recommendation issued by Magistrate Judge Beeler, in which she recommends that the Court

18  grant Plaintiffs' motion for default judgment.  The Court has considered the Report, finds it

19  well-reasoned and thorough, and adopts it in every respect.

20      Accordingly, the Court GRANTS Plaintiffs' motion for default judgment.  The Court

21  HEREBY AWARDS Plaintiffs $6,273.50 in attorneys' fees and $520.27 in costs and ORDERS

22  that by no later than May 15, 2014, Defendant shall produce to Plaintiffs all documents relevant

23  to a payroll audit covering the period of January 2010 through the present and any missing

24  monthly transmittals from March 2012 through the present.

25      It is FURTHER ORDERED that the Court shall retain jurisdiction over this action for

26  the limited purpose of permitting Plaintiffs to file a second submission detailing any unpaid

27  contributions that are revealed by the audit.   Plaintiffs shall submit supplemental briefing

28  enumerating the specific amounts still owing and the basis therefore by no later than June 30,

**United States District Court**
For the Northern District of California

2014.  The Court reserves the right to refer any such submission to Magistrate Judge Beeler for purposes of preparing a report and recommendation on such a submission.

**IT IS SO ORDERED.**

Dated: March 25, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28