IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTRAL CALIFORNIA IBEW/NECA PENSION TRUST, et al.,

    Plaintiffs,

v.

OZZIMO ELECTRIC, INC.,

    Defendant.

No. C 13-03800 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On March 25, 2014, this Court adopted the Report and Recommendation issued by Magistrate Judge Beeler, and granted Plaintiffs' motion for default judgment. (Docket No. 22.) In that Order, the Court retained jurisdiction over this action for the limited purpose of permitting Plaintiffs to file a second submission detailing any unpaid contributions that are revealed by the audit. Pursuant to that Order, Plaintiffs were to submit supplemental briefing enumerating specific amounts still owed to them and the basis therefore by no later than June 30, 2014.

Plaintiffs did not file supplemental briefing by June 30, 2014, and as of the date of this Order, they have not filed any supplemental briefing or taken any further action in this case. Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE why the Court should not dismiss the case for lack of prosecution.

//

1  Plaintiffs' response to this Order to Show Cause shall be due by no later than November
2  24, 2014.  If Plaintiffs do not file a response to the Order to Show Cause by that date, the Court
3  shall dismiss the matter without prejudice.
4  **IT IS SO ORDERED.**

6  Dated: November 10, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2