IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL CALIFORNIA IBEW/NECA PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OZZIMO ELECTRIC, INC.,<br><br>Defendant. | No. C 13-03800 JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION POST-AUDIT** |

This matter comes before the Court upon consideration of the Report and Recommendation issued by Magistrate Judge Beeler, in which she recommends that the Court grant Plaintiffs' motion for default judgment. The time for filing objections has passed and no party has filed an objection to the Report.

Having considered the Report, Plaintiffs' papers, the relevant legal authority, and the record in this case, the Court finds the Report thorough and well-reasoned and adopts it in every respect. Accordingly, Plaintiffs' motion for default judgment is GRANTED. The Court HEREBY AWARDS Plaintiffs $237,475.92 in unpaid or underpaid contributions, interest,

///
///
///
///
///

liquidated damages, attorney's fees, and audit costs. A separate judgment shall issue and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: April 22, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE